**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RECREATIONAL FISHING ALLIANCE,
INC.,

    Plaintiff,

v.                                          Case No:  8:11-CV-705-T-30AEP

THE NATIONAL MARINE FISHERIES
SERVICE,

    Defendant.
_____/

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #73) and the Plaintiff's Objections (Dkt. #74) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #73) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Federal Defendant's Motion to Transfer (Dkt. #41) is DENIED as moot.

3. Plaintiff's Brief and Motion for Judgment on the Pleadings is DENIED.

4. Defendant's Cross-Motion for Summary Judgment (Dkt. #62) is GRANTED.

5. Plaintiff's Motion to Supplement the Record (Dkt. #64) is DENIED as moot.

6. The Clerk is directed to enter final judgment in favor of Defendant and against Plaintiff.

7. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 14, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2011\11-cv-705.adopt 73.wpd